### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC B. SCHNURER, | : |
| Plaintiff, | : |
| v. | : No. 2:18-cv-00664-NIQA |
| DAVID F. LYNN,<br>SEQUOIA CONSULTING GROUP, INC.,<br>KAREN KINDER and<br>JOHN DOES | : |
| Defendants. | : |

FILED
MAY 15 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION

AND NOW this 11th day of May, 2018, upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules 12(b)(2), 12(b)(3), 12(b)(6) and Plaintiff Eric B. Schnurer's Motion for Partial Summary Judgment Against Defendants Sequoia Consulting Group, Inc., David F. Lynn and Karen Kinder, and the response thereto, the parties agree and it is hereby ORDERED as follows:

1. The Complaint in this action shall be transferred forthwith to the United States District Court for the Southern District of Indiana;

2. This Court will stay any decision regarding the Plaintiff's Motion for Partial Summary Judgment, and the response thereto, which shall be submitted for decision to the District Court for the Southern District of Indiana;

3. Plaintiff shall have until June 1, 2018 to respond to Defendants' Motion to Dismiss Pursuant to Federal Rules 12(b)(2), 12(b)(3), 12(b)(6); and,

4. Plaintiff shall have until June 1, 2018 to reply to Defendants' response to Plaintiff Eric B. Schnurer's Motion for Partial Summary Judgment Against Defendants Sequoia Consulting Group, Inc., David F. Lynn and Karen Kinder.

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER

By: /s/ John S. Summers
    John S. Summers (Attorney I.D. 41854)
    Andrew M. Erdlen, Attorney I.D. 320260
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Attorneys for Plaintiff*
*Eric B. Schnurer*

/s/ Kimberly H. Ashbach
Kimberly H. Ashbach
Attorney I.D. No. 58246
708 Abbeydale Court
Ambler, PA 19002
(267) 468-0613

/s/ Richardson R. Lynn
Richardson R. Lynn
3200 West End Avenue, Suite 500
Nashville, TN 37203

*Attorneys for Defendants*
*David F. Lynn, Sequoia Consulting Group, Inc.*
*and Karen Kinder*

APPROVED this 15 day of May, 2018.

**BY THE COURT:**

_____ J.
Nitza I. Quiñones-Alejandro